## Case No. 1,743.

### BOWNE v. BROWN et al.

[2 Wash. C. C. 271.][1]

Circuit Court, D. Pennsylvania. Oct. Term, 1808.

#### COSTS—WHO LIABLE.

The plaintiff, having recovered at law, the court directed the costs of the bill of discovery, by which the plaintiffs at law were prevented recovering, should be paid by the defendants in the bill, they being plaintiffs at law.

[Cited in Hathaway v. Roach, Case No. 6,213.]

In these cases, where the plaintiff [Bowne's Lessee] has recovered at law against the several defendants, THE COURT decided (PETERS, District Judge, absent) that the costs of the bill of discovery, brought by the defendants for their own advantage, and which, having had its effect, has been dismissed, should be borne by the plaintiffs in that suit. THE COURT did not determine how this point would be, if the plaintiffs had failed at law.

[NOTE. For subsequent proceedings in this cause, see Cases Nos. 1,742, 1,990, and 2,035.]